## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

The Medicines Company

                    Plaintiff,

v.
                                   Case No.: 1:11–cv–01285
                                   Honorable Amy J. St. Eve

Mylan Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2012:

        MINUTE entry before Honorable Amy J. St. Eve: The Court grants TMC's motion to dismiss and strike inequitable conduct and unclean hands counterclaims and affirmative defenses [65] in part and denies it in part. Specifically, the Court dismisses, with prejudice, Mylan's Ninth and Tenth Counterclaims for a declaratory judgment of unenforceability due to unclean hands. The Court denies TMC's motion as to Mylan's inequitable conduct counterclaims and affirmative defenses and as to Mylan's unclean hands affirmative defenses. TMC must answer Mylan's counterclaims by 3/7/12. Additionally, the Court orders Mylan to file a revised public version of its First Amended Answer, Separate Defenses and Counterclaims (R. 63), and orders Mylan and TMC to file revised public versions of their briefs related to TMCs motion to dismiss and strike (R. 67, 72 and 78), consistent with the Court's guidance in footnote 3 of this Memorandum Opinion and Order, by 2/29/12. [For further details see separate Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.