IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE MEDICINES COMPANY, | ) |
|           Plaintiff, | ) No. 1:11-CV-01285 |
| v. | ) Hon. Amy J. St. Eve |
| MYLAN INC., MYLAN PHARMACEUTICALS INC., and BIONICHE PHARMA USA, LLC, | ) Hon. Susan E. Cox, Magistrate Judge |
|           Defendants. | ) |

**THE MEDICINES COMPANY'S *DAUBERT* MOTION
TO PRECLUDE TESTIMONY AND OPINIONS OF IVAN T. HOFMANN**

Plaintiff The Medicines Company respectfully moves this Honorable Court for an Order precluding Mylan's[1] expert Ivan T. Hofmann from offering testimony concerning his opinions in paragraphs 18, 20, 24-25, and 28 of his expert report. As described in greater detail in The Medicines Company's accompanying brief, each of these opinions fails to meet the admissibility standards set forth in Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Specifically, in Mr. Hofmann's reports, he opines on patent-law requirements for commercial success and offers his interpretation of patent cases. Mr. Hofmann, however, is not a legal expert and lacks the qualifications to provide such opinions. Furthermore, opinions regarding the law are not proper expert testimony. Because the Court is already knowledgeable about the law, Mr. Hofmann's opinions concerning patent cases will not assist the trier of fact. Accordingly, the Court should preclude Mr. Hofmann from testifying on his patent-law opinions in paragraphs 18, 20, 24-25, and 28 of his expert report.

---

[1] "Mylan" refers to defendants Mylan Inc., Mylan Pharmaceutical Inc., and Bioniche Pharma USA, LLC.

1

Dated: January 31, 2014               Respectfully submitted,

SMART & BOSTJANCICH
By: _s/ *Patricia S. Smart*_
Patricia S. Smart
John Bostjancich
30 West Monroe Street
Suite 800
Chicago, IL 60603
(312) 857-2424
ps@SmartBostjancich.com
jb@SmartBostjancich.com

FROMMER LAWRENCE & HAUG LLP

Porter F. Fleming
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
pfleming@flhlaw.com

*Attorneys for Plaintiff*
*The Medicines Company*

# CERTIFICATE OF SERVICE

I, Patricia S. Smart, certify that on this 31st day of January 2014 I electronically filed *The Medicines Company's Daubert Motion to Preclude Testimony and Opinions of Ivan T. Hofmann* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record listed below:

Scott D. Eads
SEads@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street
Tenth Floor
Portland, OR 97209-4128

Autumn N. Nero
ANero@perkinscoie.com
Emily J. Greb
EGreb@perkinscoie.com
David E. Jones
DEJones@perkinscoie.com
Perkins Coie LLP
One East Main Street
Suite 201
Madison, WI 53703

James B. Coughlan
JCoughlan@perkinscoie.com
Perkins Coie LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Shannon M. Bloodworth
SBloodworth@perkinscoie.com
Perkins Coie LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, DC 20005-3960

    s/ *Patricia S. Smart*