**EXHIBIT H**

**THE MEDICINES COMPANY'S DEPOSITION DESIGNATIONS**

In accordance with Form Local Rule 16.1.1, The Medicines Company provides the following designations of deposition testimony. The Medicines Company reserves the right to: (a) use at trial any of its deposition designations (including affirmative designations and counter designations) as affirmative designations or counter-designations; (b) submit by paper, read, or show videotape of deposition excerpts; (c) use any deposition designations (including affirmative designations or counter designations) identified by Mylan; (d) supplement its deposition designation testimony (including affirmative designations and counter designations) with that of persons who are presently listed as will-call trial witnesses by either party in the event that such witnesses are not called at trial; (e) designate additional portions of deposition transcripts for the purpose of authentication of documents, if required; (f) revise or supplement its designations in light of the Court's rulings and in light of Mylan's claims and defenses that remain to be tried; and (g) use any and all deposition testimony, whether or not designated, for cross-examination, impeachment, or rebuttal purposes. Additionally, to the extent any portions of these designations include objections or colloquy of counsel to certain questions, The Medicines Company reserves the right to remove those objections or colloquy before the deposition excerpts are played or read into evidence.

A key to the objection codes referenced is attached at the end of this Exhibit.

**Gezzar, Martha (1/18/2013)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
| --- | --- | --- | --- | --- | --- |
| Line Start | Line End | | Line Start | Line End | |
| 6:16 | 6:17 | | | | |
| 9:4 | 9:5 | | | | |
| 9:11 | 9:13 | | | | |
| 10:15 | 11:4 | | | | |
| 41:2 | 41:19 | In | 42:1<br>42:10 | 42:3<br>42:22 | NT |
| 43:14 | 43:16 | | | | |
| 43:21 | 43:23 | | | | |
| 44:1 | 44:6 | | | | |
| 44:10 | 44:10 | In | 44:11<br>44:20<br>45:1<br>45:20<br>46:11<br>46:15 | 44:13<br>44:24<br>45:11<br>45:25<br>46:12<br>46:19 | NT<br><br><br>IC<br>IC |
| 49:22 | 50:1 | | | | |
| 50:6 | 50:14 | | | | |
| 50:16 | 50:22 | In | 50:23<br>51:14<br>52:7<br>52:21<br>53:18<br>54:1 | 51:11<br>52:2<br>52:18<br>53:15<br>53:24<br>54:1 | |
| 54:2 | 54:11 | | | | |
| 54:13 | 54:21 | | | | |
| 54:25 | 55:12 | | | | |
| 55:14 | 55:14 | | | | |
| 57:25 | 58:6 | In | 55:15<br>55:19<br>57:14<br>57:24 | 55:16<br>57:12<br>57:22<br>57:24 | |
| 58:12 | 58:15 | | | | |
| 58:21 | 58:25 | | | | |
| 59:20 | 59:24 | In | 59:25<br>60:13<br>61:7 | 60:7<br>61:4<br>61:13 | |
| 78:5 | 78:7 | | | | |
| 78:15 | 78:19 | | | | |
| 79:1 | 79:1 | | | | |

**Gezzar, Martha (1/18/2013)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 80:23 | 81:2 | | | | |
| 83:3 | 83:5 | | | | |
| 83:9 | 83:9 | In | 85:13<br>86:12 | 86:10<br>86:12 | |
| 88:11 | 89:2 | | | | |
| 90:22 | 91:8 | In | 90:14 | 90:21 | |
| 91:12 | 91:17 | | | | |
| 91:20 | 92:2 | | | | |
| 92:6 | 92:6 | | | | |
| 95:24 | 96:3 | | | | |
| 96:21 | 97:3 | In | 96:7 | 96:20 | |
| 98:16 | 98:22 | | | | |
| 98:24 | 99:7 | | | | |
| 99:15 | 100:2 | In | 99:8<br>100:3<br>100:10<br>101:9<br>101:15 | 99:14<br>100:8<br>101:4<br>101:12<br>101:17 | H |
| 101:5 | 101:8 | | | | |
| 112:3 | 112:7 | | | | |
| 112:10 | 112:12 | | | | |
| 112:18 | 114:10 | | | | |
| 114:13 | 115:12 | In | 115:18<br>115:23<br>117:2<br>117:14<br>118:13<br>119:10<br>119:20<br>120:17<br>120:24<br>121:20<br>122:13<br>123:6 | 115:20<br>116:6<br>117:11<br>118:10<br>119:7<br>119:16<br>120:14<br>120:21<br>121:12<br>121:22<br>123:4<br>123:6 | S, O, L, LF<br><br>L, LF, S, O<br>L, LF, S, O<br>L, LF, S, O<br>H<br>H<br>H,S,O,L,LF<br><br>H,S,O,L,LF<br>H<br>H |

3

**Gezzar, Martha (7/13/2011)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
| --- | --- | --- | --- | --- | --- |
| Line Start | Line End | | Line Start | Line End | |
| 8:17 | 8:22 | | | | |
| 22:1 | 22:6 | | | | |
| 25:7 | 25:9 | | | | |
| 56:12 | 56:15 | | | | |
| 87:15 | 87:18 | In | 85:10<br>87:7 | 87:4<br>87:14 | L, LF, S, O |
| 88:1 | 88:1 | | | | |
| 91:3 | 91:15 | | | | |
| 91:21 | 91:21 | | | | |
| 94:11 | 94:11 | | | | |
| 95:12 | 95:15 | In | 95:3<br>95:16 | 95:12<br>96:14 | |
| 99:11 | 99:13 | | | | |
| 99:18 | 99:18 | | | | |
| 113:22 | 113:25 | In | 112:21<br>113:8 | 113:5<br>113:8 | |
| 114:3 | 114:6 | | | | |
| 114:11 | 115:13 | | | | |
| 153:6 | 153:25 | | | | |
| 155:9 | 155:15 | | | | |
| 155:20 | 156:7 | In | 156:8<br>156:13<br>156:18<br>158:10<br>158:25 | 156:9<br>156:14<br>157:18<br>158:23<br>159:1 | H |
| 161:16 | 162:1 | | | | |
| 177:7 | 177:9 | In | 174:5<br>174:12<br>175:7<br>175:16<br>176:10<br>177:15 | 174:10<br>175:3<br>175:13<br>176:7<br>177:6<br>177:22 | H<br>H<br>H<br>H<br>H<br>H |
| 177:14 | 177:14 | | | | |
| 196:16 | 196:18 | | | | |
| 196:22 | 197:5 | | | | |
| 197:13 | 197:16 | | | | |
| 198:9 | 198:15 | | | | |
| 205:12 | 206:4 | | | | |
| 206:7 | 207:12 | | | | |

**Hoch, Daniel (10/25/2012)**

Daniel Hoch has been served a trial subpoena and The Medicines Company expects that he will testify live. To the extent Mr. Hoch is not available or does not appear at trial, The Medicines Company reserves the right to rely on the designations as originally submitted in the Final Pretrial Order (ECF No. 412).

Mylan reserves the right to rely on the objections and counter deposition designations as originally submitted for Daniel Hoch in the Final Pretrial Order in the event Mr. Hoch does not appear at trial.

**Nayak, Rekha (1/4/2013)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
| --- | --- | --- | --- | --- | --- |
| Line Start | Line End | | Line Start | Line End | |
| 23:11 | 23:21 | In | 24:3 | 24:9 | |
| 24:14 | 24:19 | | | | |
| 36:19 | 36:21 | | | | |
| 37:2 | 38:3 | | | | |
| 48:8 | 48:13 | | | | |
| 49:2 | 49:5 | | | | |
| 50:18 | 51:7 | | | | |
| 53:2 | 53:15 | | | | |
| 53:18 | 54:3 | | | | |
| 54:11 | 56:16 | | | | |
| 57:11 | 57:20 | | | | |
| 58:7 | 58:12 | | | | |
| 58:19 | 58:19 | | | | |
| 63:19 | 64:4 | | | | |
| 65:4 | 65:6 | | | | |
| 65:12 | 65:12 | | | | |
| 66:6 | 66:17 | | | | |
| 77:23 | 77:24 | | | | |
| 78:2 | 78:5 | | | | |
| 78:9 | 79:16 | | | | |
| 80:2 | 80:8 | | | | |
| 80:13 | 80:17 | | | | |
| 80:19 | 81:5 | | | | |
| 81:9 | 81:11 | | | | |
| 81:15 | 81:18 | | | | |
| 120:22 | 121:3 | | | | |
| 123:17 | 123:24 | | | | |
| 125:24 | 126:7 | | | | |

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 126:11 | 126:13 | | | | |
| 126:17 | 126:19 | | | | |
| 126:23 | 127:16 | | | | |
| 133:13 | 133:19 | | | | |
| 134:3 | 134:19 | In | 134:20 | 135:14 | |
| 135:15 | 136:2 | | | | |
| 136:12 | 137:2 | | | | |
| 166:9 | 167:12 | | | | |
| 167:16 | 167:20 | | | | |
| 168:3 | 168:3 | | | | |
| 168:11 | 168:17 | | | | |
| 168:23 | 169:14 | | | | |
| 187:15 | 188:2 | | | | |
| 188:6 | 188:9 | | | | |
| 193:3 | 194:4 | | | | |
| 194:12 | 194:23 | | | | |
| 234:20 | 235:19 | | | | |
| 237:4 | 237:8 | | | | |
| 239:22 | 239:25 | | | | |
| 241:7 | 242:21 | | | | |
| 248:9 | 249:25 | | | | |
| 251:2 | 253:7 | In | 253:8 | 254:14 | |
| 254:15 | 255:2 | | | | |
| 256:18 | 256:25 | | | | |
| 259:23 | 260:13 | | | | |
| 261:21 | 261:23 | | | | |
| 262:3 | 263:19 | In | 263:20 | 263:24 | M, P |
| 276:16 | 277:6 | | | | |
| 280:12 | 281:10 | | | | |
| 282:20 | 283:17 | | | | |
| 300:19 | 300:25 | | | | |
| 301:7 | 302:20 | | | | |
| 303:4 | 303:10 | | | | |

**O'Sullivan, Martina (5/17/2012)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 6:6 | 6:22 | | | | |
| 7:1 | 7:8 | | | | |
| 7:15 | 7:17 | In | 7:18 | 8:8 | |
| 8:9 | 9:2 | | | | |
| 17:7 | 17:16 | | | | |
| 23:15 | 24:9 | | | | |
| 26:13 | 27:7 | In, LC | 27:8 | 27:17 | |
| 29:2 | 29:5 | LF | | | |
| 32:7 | 33:8 | LF | | | |
| 33:14 | 33:15 | LF | | | |
| 33:18 | 34:14 | LF | | | |
| 34:18 | 34:21 | LF | | | |
| 35:3 | 35:18 | In, LF | 36:19 | 36:22 | IC |
| 36:24 | 37:2 | In, LF | 39:7 | 39:18 | |
| 37:18 | 38:8 | In, LF | 39:7 | 39:18 | |
| 41:9 | 41:16 | LF | | | |
| 48:3 | 48:8 | | | | |
| 49:25 | 50:3 | | | | |
| 54:6 | 55:9 | | | | |
| 57:11 | 60:20 | LF | | | |
| 61:14 | 63:4 | In, LF | 63:5<br>63:10<br>63:14 | 63:7<br>63:12<br>63:18 | NT |
| 63:21 | 63:24 | In, LF | 63:25<br>64:8 | 64:1<br>64:10 | |
| 64:15 | 66:4 | LF | | | |
| 66:21 | 66:24 | LF | | | |
| 67:24 | 68:20 | | | | |
| 79:16 | 80:20 | LF | | | |
| 87:7 | 87:20 | | | | |
| 88:19 | 89:15 | | | | |
| 91:14 | 92:14 | | | | |
| 100:15 | 101:2 | | | | |
| 124:13 | 125:3 | LF | | | |
| 126:5 | 126:25 | LF | | | |
| 128:16 | 128:18 | LC, LF | | | |
| 128:21 | 129:3 | LC | | | |
| 129:6 | 129:8 | | | | |
| 137:12 | 138:1 | | | | |

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 138:18 | 138:24 | In | 139:6 | 140:8 | |
| 140:9 | 141:15 | | | | |
| 142:24 | 143:1 | LC | | | |
| 143:4 | 143:22 | LC | | | |
| 144:5 | 144:8 | | | | |
| 145:15 | 146:3 | | | | |
| 149:12 | 150:12 | In, LF | 150:13 | 151:1 | |
| 151:2 | 151:11 | In | 151:12 | 151:24 | |
| 158:20 | 159:23 | In, LF | 159:24 | 160:14 | R, L, LF |

**Pejaver, Satish (12/20/2012)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 10:2 | 10:7 | | | | |
| 10:18 | 10:24 | | | | |
| 11:3 | 11:12 | | | | |
| 25:14 | 25:25 | | | | |
| 28:5 | 28:16 | | | | |
| 28:24 | 29:9 | | | | |
| 29:12 | 29:15 | | | | |
| 38:5 | 38:23 | | | | |
| 41:5 | 41:8 | | | | |
| 42:4 | 42:8 | | | | |
| 42:15 | 42:18 | | | | |
| 42:22 | 42:24 | | | | |
| 43:11 | 44:4 | | | | |
| 47:7 | 47:17 | | | | |
| 47:21 | 47:25 | | | | |
| 48:19 | 48:22 | | | | |
| 48:25 | 49:6 | | | | |
| 49:9 | 49:13 | | | | |
| 51:2 | 51:11 | | | | |
| 52:4 | 52:11 | | | | |
| 52:20 | 53:9 | In | 53:10 | 53:13 | |
| 61:7 | 61:22 | In | 61:23 | 62:2 | |
| 62:3 | 62:21 | In | 62:22 | 63:8 | |
| | | | 63:13 | 63:18 | |

8

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 77:16 | 77:23 | | | | |
| 111:3 | 112:20 | In | 112:21<br>113:7 | 113:5<br>113:10 | |
| 113:11 | 113:17 | | | | |
| 114:10 | 114:14 | | | | |
| 117:21 | 118:8 | | | | |
| 118:14 | 118:22 | | | | |
| 119:16 | 119:18 | In | 119:21 | 119:23 | |
| 119:20 | 119:20 | In | 119:25<br>120:10<br>120:22 | 120:8<br>120:14<br>121:11 | |
| 171:12 | 171:17 | In | 121:15 | 121:18 | |
| 171:20 | 171:25 | | | | |
| 172:6 | 172:8 | | | | |
| 172:13 | 172:20 | | | | |
| 174:10 | 176:18 | | | | |
| 178:7 | 179:24 | In | 180:3 | 180:10 | |
| 180:2 | 180:2 | In | 180:13 | 181:2 | |
| 181:20 | 182:2 | | | | |
| 182:10 | 183:4 | | | | |
| 183:15 | 183:20 | | | | |
| 184:8 | 184:13 | | | | |
| 185:12 | 185:17 | | | | |
| 185:24 | 186:4 | | | | |
| 186:12 | 188:8 | | | | |
| 193:12 | 194:7 | | | | |
| 196:24 | 197:7 | In | 197:16 | 198:2 | |
| 198:3 | 199:3 | | | | |
| 200:11 | 200:24 | | | | |
| 239:4 | 239:6 | | | | |
| 239:13 | 239:13 | | | | |
| 240:21 | 242:17 | | | | |
| 246:16 | 247:23 | | | | |
| 248:12 | 248:21 | | | | |

**Robins, Daniel (5/18/2012)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 5:6 | 5:7 | | | | |
| 5:15 | 5:19 | | | | |
| 6:19 | 7:8 | | | | |
| 10:20 | 11:10 | | | | |
| 22:18 | 23:5 | | | | |
| 26:19 | 27:11 | | | | |
| 31:7 | 31:17 | | | | |
| 32:4 | 32:21 | | | | |
| 33:4 | 34:13 | In | 33:12 | 33:19 | |
| 36:14 | 36:17 | | | | |
| 78:7 | 78:25 | | | | |
| 82:17 | 82:25 | | | | |
| 83:13 | 84:11 | | | | |
| 84:16 | 84:22 | | | | |
| 94:14 | 95:18 | | | | |
| 96:12 | 96:17 | | | | |

**Selvaraj, Leena (8/21/2012)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 7:12 | 7:15 | | 8:12 | 8:15 | |
| 8:3 | 8:11 | | | | |
| 8:16 | 9:4 | | | | |
| 9:9 | 9:23 | 30(b)(6) | | | |
| 14:22 | 15:8 | 30(b)(6) | | | |
| 15:11 | 15:16 | 30(b)(6) | | | |
| 15:23 | 15:24 | 30(b)(6) | | | |
| 16:3 | 16:3 | | | | |
| 17:12 | 17:18 | 30(b)(6) | | | |
| 18:2 | 18:4 | 30(b)(6), In | 19:17 | 19:19 | IC |
| 19:12 | 19:14 | | | | |
| 20:20 | 20:23 | 30(b)(6) | | | |
| 20:25 | 20:25 | 30(b)(6) | | | |
| 21:3 | 21:5 | 30(b)(6) | | | |
| 32:10 | 32:22 | In | 33:7 | 33:15 | |

10

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| | | | 33:17 | 34:7 | |
| 33:7 | 33:15 | In | 35:21 | 35:23 | |
| | | | 36:8 | 36:10 | |
| 33:17 | 34:7 | | | | |
| 35:7 | 35:19 | | | | |
| 45:18 | 46:3 | | | | |
| 46:16 | 46:22 | | | | |
| 47:13 | 47:25 | | | | |
| 49:13 | 49:16 | 30(b)(6) | | | |
| 52:18 | 52:24 | 30(b)(6) | | | |
| 53:9 | 53:18 | 30(b)(6) | | | |
| 53:21 | 53:21 | 30(b)(6) | | | |
| 54:5 | 54:9 | 30(b)(6) | | | |
| 58:2 | 58:17 | 30(b)(6) | | | |
| 61:15 | 61:20 | | | | |
| 67:8 | 67:11 | | | | |
| 67:14 | 67:21 | | | | |
| 68:4 | 70:7 | | | | |
| 70:12 | 70:15 | | | | |
| 70:17 | 71:8 | | | | |
| 77:11 | 77:25 | | | | |
| 78:3 | 78:9 | | | | |
| 78:21 | 78:23 | 30(b)(6) | | | |
| 79:7 | 79:11 | In | 83:24 | 83:25 | |
| 83:8 | 83:23 | In | 84:3 | 84:6 | |
| 84:2 | 84:6 | | 84:7 | 84:11 | |
| 84:12 | 84:15 | | | | |
| 84:23 | 84:23 | 30(b)(6) | | | |
| 84:25 | 85:4 | 30(b)(6) | | | |
| 85:6 | 85:6 | 30(b)(6) | | | |
| 85:8 | 85:14 | | | | |
| 86:8 | 86:11 | | | | |
| 88:10 | 88:12 | | | | |
| 88:14 | 88:21 | | | | |
| 90:4 | 90:7 | | | | |
| 90:9 | 90:10 | | | | |
| 90:15 | 90:24 | | | | |
| 91:25 | 92:3 | | | | |
| 92:6 | 92:19 | | | | |
| 115:7 | 115:13 | 30(b)(6) | | | |

11

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 115:21 | 116:2 | 30(b)(6) | | | |
| 116:4 | 116:5 | 30(b)(6) | | | |
| 120:22 | 121:19 | | | | |
| 122:14 | 122:18 | 30(b)(6) | | | |
| 136:14 | 136:15 | 30(b)(6) | | | |
| 136:20 | 137:8 | 30(b)(6) | | | |
| 137:23 | 137:24 | 30(b)(6) | | | |
| 138:2 | 138:5 | 30(b)(6) | | | |
| 144:15 | 144:17 | | | | |
| 144:22 | 145:10 | | | | |
| 145:22 | 145:25 | | | | |
| 171:8 | 171:11 | | | | |
| 171:21 | 171:24 | | | | |
| 172:6 | 172:8 | | | | |
| 172:15 | 172:17 | | | | |
| 172:22 | 172:24 | | | | |
| 175:17 | 175:24 | | | | |
| 177:23 | 178:4 | In | 178:4 | 178:4 | |
| 191:14 | 191:16 | | | | |
| 191:18 | 191:20 | | | | |
| 191:22 | 191:23 | | | | |
| 191:25 | 192:5 | | | | |
| 192:8 | 192:8 | | | | |
| 192:16 | 192:24 | | | | |
| 233:17 | 233:21 | | | | |
| 234:2 | 234:7 | In | 234:2 | 234:2 | |
| 234:10 | 234:21 | | | | |
| 235:22 | 235:24 | | | | |
| 236:5 | 237:4 | | | | |
| 237:18 | 238:4 | | | | |
| 238:23 | 239:2 | | | | |

**Sen, Malini (12/12/2012)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
| --- | --- | --- | --- | --- | --- |
| Line Start | Line End | | Line Start | Line End | |
| 9:10 | 9:16 | | | | |
| 10:19 | 12:2 | | | | |
| 12:7 | 12:24 | | | | |
| 15:5 | 15:24 | | | | |
| 16:15 | 16:24 | In | 17:16 | 17:18 | M, P |
| 19:13 | 19:15 | | | | |
| 19:20 | 20:4 | | | | |
| 20:18 | 21:2 | | | | |
| 29:9 | 29:11 | | | | |
| 29:24 | 30:4 | | | | |
| 39:25 | 40:20 | | | | |
| 41:2 | 41:5 | | | | |
| 47:8 | 47:12 | | | | |
| 78:12 | 78:24 | | | | |
| 83:13 | 83:14 | | | | |
| 83:17 | 83:18 | | | | |
| 86:21 | 87:9 | | | | |
| 87:17 | 89:10 | | | | |
| 98:21 | 100:5 | | | | |
| 105:11 | 107:22 | | | | |
| 120:12 | 128:10 | | | | |
| 128:13 | 129:23 | | | | |
| 132:11 | 136:18 | | | | |
| 137:2 | 137:14 | | | | |
| 137:18 | 138:9 | | | | |
| 139:24 | 142:5 | | | | |
| 148:3 | 150:17 | | | | |
| 150:19 | 151:11 | | | | |
| 151:21 | 153:3 | | | | |
| 163:9 | 164:17 | In | 164:18 | 164:21 | |
| 169:15 | 169:22 | | 169:23 | 171:10 | |
| 171:11 | 172:18 | | | | |
| 173:5 | 174:2 | | | | |
| 186:12 | 186:23 | | | | |

13

**Simon, Julie (8/22/2012)**

Julie Simon has been served a trial subpoena and The Medicines Company expects that she will testify live. To the extent Ms. Simon is not available or does not appear at trial, The Medicines Company reserves the right to rely on the designations as originally submitted in the Final Pretrial Order (ECF No. 412).

Mylan reserves the right to rely on the objections and counter deposition designations as originally submitted for Julie Simon in the Final Pretrial Order in the event Ms. Simon does not appear at trial.

**Varden, Ruth (12/11/2012)**

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | | Line Start | Line End | |
| 7:3 | 7:8 | | | | |
| 11:9 | 11:22 | | | | |
| 12:7 | 12:20 | | | | |
| 13:7 | 13:9 | | | | |
| 13:11 | 13:12 | | | | |
| 13:18 | 13:25 | | | | |
| 14:3 | 14:3 | | | | |
| 15:9 | 15:16 | | | | |
| 16:6 | 16:22 | | | | |
| 16:24 | 16:25 | | | | |
| 17:8 | 17:13 | | | | |
| 17:15 | 17:18 | | | | |
| 19:25 | 19:25 | | | | |
| 20:3 | 20:5 | | | | |
| 20:20 | 21:2 | | | | |
| 21:5 | 21:7 | | | | |
| 22:4 | 22:8 | | | | |
| 22:11 | 22:21 | | | | |
| 28:9 | 28:10 | | | | |
| 28:12 | 28:16 | | | | |
| 28:18 | 28:23 | | | | |
| 29:4 | 29:11 | | | | |
| 32:15 | 32:22 | | | | |
| 33:4 | 33:18 | | | | |
| 34:10 | 34:21 | | | | |
| 40:6 | 40:21 | | | | |
| 42:21 | 42:22 | | | | |
| 42:24 | 42:25 | | | | |

| Plaintiff's Designations | | Defendant's Objections | Defendant's Counter-Designations | | Plaintiff's Objections to Defendant's Counter-Designations |
| --- | --- | --- | --- | --- | --- |
| Line Start | Line End | | Line Start | Line End | |
| 43:2 | 43:6 | | | | |
| 43:9 | 43:11 | | | | |
| 43:14 | 43:15 | | | | |
| 45:17 | 47:8 | | | | |
| 60:4 | 60:19 | In | 60:20 | 60:22 | |
| 60:23 | 62:11 | In | 62:12 | 62:13 | |
| 65:10 | 66:11 | In | 66:12<br>66:25 | 66:22<br>66:25 | IC<br>IC |
| 67:23 | 68:4 | In | 68:5 | 68:7 | |
| 68:8 | 68:13 | | | | |
| 71:2 | 72:6 | In | 72:7<br>72:17 | 72:14<br>72:17 | |
| 80:3 | 80:21 | | | | |
| 84:17 | 84:19 | | | | |
| 84:21 | 84:25 | | | | |
| 85:4 | 86:9 | | | | |
| 86:11 | 86:16 | In | 86:17 | 86:21 | IC |
| 87:13 | 87:21 | In | 87:22<br>88:2 | 87:24<br>88:7 | |
| 103:12 | 104:3 | | | | |
| 104:9 | 104:12 | | | | |
| 104:18 | 105:4 | | | | |
| 113:4 | 113:9 | In | 113:10 | 113:13 | |
| 113:14 | 113:25 | | | | |
| 114:7 | 114:18 | | | | |
| 114:21 | 115:7 | | | | |
| 115:9 | 115:10 | | | | |
| 115:12 | 115:15 | | | | |
| 123:6 | 124:4 | In | 123:14<br>124:5 | 123:19<br>124:13 | |
| 124:15 | 124:18 | In | | | |
| 124:20 | 125:4 | In | 125:5<br>125:8<br>125:13<br>125:16 | 125:6<br>125:8<br>125:14<br>125:21 | |
| 125:9 | 125:12 | | | | |
| 125:22 | 126:3 | | | | |
| 127:6 | 127:11 | In | 127:12<br>127:16 | 127:13<br>127:16 | |

**KEY - OBJECTION CODES**

| Objection Codes | |
|---|---|
| A | Authenticity (FRE 901) |
| Arg | Argumentative |
| AT | Attorney Objections Not Removed |
| B | Not Best Evidence Rule Prohibits Introduction (FRE 1002, 1003 and/or 1004) |
| BS | Beyond the Scope of Direct / Cross / Redirect Examination |
| 30(b)(6) | Beyond the Scope of the Rule 30(b)(6) Deposition Topic |
| C | Cumulative, Duplicative, Wasteful or Undue Delay (FRE 403) |
| Char | Improper Character Evidence (FRE 404) |
| Cmpd | Compound |
| D | Demonstrative/Should Not Be Admitted Into Evidence |
| H | Hearsay/Improper Use of Deposition (FRE802 and/or FRCP 32) |
| R | Irrelevant and/or Immaterial (Relevance) (FRE 401/402) |
| IC | Improper Designation / Counter Designation (FRE 106; FRCP 32(a)(6) |
| In | Incomplete Testimony (FRE 106; FRCP 32(a)(6)) |
| L | Lack of Personal Knowledge or Competency (FRE 602) |
| LA | Limited Admissibility (Admissible for Some Purposes but Not Others) (FRE 105) |
| LC | Legal Conclusion |
| LD | Leading (FRE 611) |
| LF | Lack of Foundation(FRE 103, 104 and/or 105) |
| M | Misleading/Mischaracterizes Prior Testimony (FRE 401-403, 611) |
| MD | Mischaracterizes Underlying Document (FRE 401-403, 611) |
| ML | Subject to Motion In Limine |
| NE | Assumes Facts Not In Evidence |
| NR | Nonresponsive |
| NT | Not Testimony |
| O | Improper Lay or Expert Opinion (FRE 701-703) |
| OC | Offer to Compromise, Settlement (FRE 408) |
| P | Unfair, Prejudicial, Confusing and/or Misleading (FRE 403) |
| I | Reserved Because Exhibit Has Not Been Provided, the Copy Provided Is Illegible and/or the Entry Includes Multiple Documents |
| S | Calls for Speculation (FRE 602) |
| U | Untimely/Never Produced (FRCP 26, 37) |
| V | Vague/Ambiguous/Overbroad (FRE 611) |
| W | Privileged/Work Product (FRE 501/502) |
| X | Incomplete Document (FRE 106) |
| Y | Wrong Document Identified or Incorrectly Described |