# EXHIBIT 2

**Exhibit 2 - § 1920(1) Costs for the Clerk and Marshal**

| Date | Party/Witness | Event | Actual Costs | Requested Costs |
|---|---|---|---|---|
| 11/14/2011 | Ben Venue Labs | Service of subpoena | $80.00 | $55.00 |
| 11/14/2011 | Integrated Commercialization Solutions, Inc. | Service of subpoena | $119.50 | $55.00 |
| 8/9/2012 | Martha Gezzar | Service of subpoena | $23.50 | $23.50 |
| 8/10/2012 | Sandra Kuzmich | Service of subpoena | $87.50 | $55.00 |
| 8/10/2012 | Martha Gezzar | Service of subpoena | $52.50 | $52.50 |
| 8/10/2012 | Ben Venue Labs | Service of subpoena | $87.50 | $55.00 |
| 9/7/2012 | Martha Gezzar | Service of subpoena | $139.08 | $55.00 |
| 10/1/2012 | Integrated Commercialization Solutions, Inc. | Service of subpoena | $184.23 | $55.00 |
| 11/1/2012 | Patheon Inc. | Service of subpoena | $111.50 | $55.00 |
| 11/1/2012 | Patheon Inc. | Service of subpoena | $107.50 | $55.00 |
| 11/7/2012 | Patheon Inc. | Service of subpoena | $153.50 | $55.00 |
|  | N/A | Filing fee - Notice of Appeal | $505.00 | $505.00 |
|  |  | **Total Costs** | **$1,651.31** | **$1,076.00** |

## Bendt, Lynne M. (Perkins Coie)

**From:** Dempski, Karen R. (Perkins Coie)
**Sent:** Monday, November 14, 2011 1:42 PM
**To:** Bendt, Lynne M. (Perkins Coie)
**Subject:** RE: Subpoenas for today (Mylan/Bivalirudin)

Cleveland Service Agency
2012 West 25th Street Suite 501
Cleveland, OH 44113
888-212-5614

$55 service + $25 rush fee = $80 total

## Bendt, Lynne M. (Perkins Coie)

## Bendt, Lynne M. (Perkins Coie)

**From:** Bendt, Lynne M. (Perkins Coie)
**Sent:** Monday, November 14, 2011 2:03 PM
**To:** Lee, Emily J. (Perkins Coie)
**Subject:** FW: Mylan-MedCo Service of Supoena

Emily:

*************************styled
See below for service on Integrated Commercialization -- cost is 99.50 + $20 rush fee = $119 for service on Tuesday.

DLS    INVOICE

DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO CA 92116



Phone:  (619) 260-8224      Fax:  (619) 260-0316      EMAIL:kevin@dlsusa.com

FED. ID #   33-0524333

ORD.DATE:  08/09/12     INV. NO.   320050
DUE DATE:  09/08/12     PAGE NO.   1

ACCOUNT NO.   3638
PERKINS COIE, LLP (WI)
ATTN: LYNNE
ONE EAST MAIN STREET, STE 201
MADISON WI 53703

CASE INFORMATION:
THE MEDICINES CO V MYLAN
SERVE- MARTHA GEZZAR, BEN VENUE
SUBPOENA TO TESTIFY
CLEVELAND

| CLAIM NUMBER | INSURED/CASE NO. | TERMS<br>NET 30 DAYS | ATTY.FILE<br>69560-0013 | WORK ORD.#<br>179324 | |
|---|---|---|---|---|---|
| DESCRIPTION | | | ORDERED | ITEM PRICE | EXT. PRICE |
| ADD.SERVICE: SAME LOC/TIME | | | 1.0 | 23.5000 | 23.50 |

DIVER 7585
46. 3510

OKAY TO PAY  8/23/12
X _____
By: Emily F Greb
Client No./Matter 69860-0013

SUB TOTAL    23.50
TAX           0.00
TOTAL        23.50

# Diversified Legal Services, Inc.

4665 Park Blvd, San Diego, CA 92116  Fed ID# 33-0524333
Tel: (619) 260-8224  e-mail: kevin@dlsusa.com  Fax: (619) 260-0316

Order #: 179326

Date Received: August 10, 2012
Acct. No: 3568C
Client: Perkins Coie LLP
One East Main Street, Suite 201
(608) 663-7482
Madison, WI 53703

Your File No: 69560-0013

Attorney: Emily J. Greb
Bar No: 1074263

**\*\*RUSH\*\***

Case No: 1:11-cv-01285
Court: UNITED STATES DISTRICT COURT
Plaintiff: THE MEDICINES COMPANY
vs Defendant: MYLAN, INC.
Depo/Hearing Date: September 10, 2012 at 09:00 am, Dept
Servee: SANDRA KUZMICH, FROMMER LAWRENCE & HAUG LLP
Server: None assigned

Due Date: August 10, 2012

Business Address:
Frommer Lawrence & Haug LLP
745 Fifth Ave
New York, NY 10151

Home Address: OKAY TO PAY
x _Emily J Greb_
By: Emily J Greb
Client No./Matter: 69560-0013

Documents:
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL
ACTION w/Federal Rule of Civil Procedure 45
(c), (d), and (e) (Effective 12/1/07)

Comments:
SERVICE ON A LAW FIRM

DIVER 7585
46 - 3510

$87.50

| DATE | A.M. | P.M. | Due Diligence | Billing Code |
|---|---|---|---|---|
| | | | | RUSH  1  2 |
| | | | | SVCDT |
| | | | *AP791003* | SVC  1  2 |
| | | | | OCRUSH |
| | | | | SVCOUT |
| | | | | SHIP/FEDEX |
| | | | | FA |
| | | | | BAD |
| | | | | BADOUT |

Served At: ☐ Residence   ☐ Business   ☐ Other

Person Served: _____   Title/Relationship: _____

Description: Age ___ Race ___ Sex ___ Eyes ___ Hair ___ Ht. ___ Wt. ___

☐ Personal  ☐ Substitute  ☐ Non-Service  ☐ Posted/Mailed  ☐ Other

Date: ___  A.M. ___  P.M. ___  Server/Reg.#: ___

Order#: 179326/GWORK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Emily J. Greb<br>Perkins Coie LLP<br>One East Main Street, Suite 201  Madison, WI 53703 | SBN: 1074263 | |
| TELEPHONE NO.: (608) 663-7482  FAX NO.: (608) 663-7499 | | |
| E-MAIL ADDRESS (Optional): kdempski@perkinscoie.com | | |
| ATTORNEY FOR (Name): | | |

UNITED STATES DISTRICT COURT Southern District of New York
STREET ADDRESS: 500 Pearl Street
MAILING ADDRESS:
CITY AND ZIP CODE: New York, NY 10007
BRANCH NAME: Southern District Of New York

PLAINTIFF/PETITIONER: THE MEDICINES COMPANY
DEFENDANT/RESPONDENT: MYLAN, INC.

**NON SERVICE REPORT**

CASE NUMBER: 1:11-cv-01285

I received the within process on August 10, 2012 and that after due and diligent effort I have been unable to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: SANDRA KUZMICH, FROMMER LAWRENCE & HAUG LLP
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION w/Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

As enumerated below:

08/10/2012 -- 3:00PM

PER SECURITY GUARD, THE OFFICE OF FROMMER LAWRENCE & HAUG LLP WOULD NOT ALLOW THE PROCESS SERVER ACCESS... CONTACTED THE CLIENT AND PLACED ON HOLD FOR 5 TO 7 WORKING DAYS

08/21/2012 -- 12:00PM

RETURNED TO CLIENT

Fee for Service: $ 87.50
County: NEW YORK PROCESS SERVER
Registration No.:
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
(619) 260-8224

I declare under penalty of perjury under the laws of THE UNITED STATES that the foregoing information contained in the return of service and statement of service is true and correct and this declaration was executed on AUGUST 10, 2012.

Signature: _____
JACK JOHNSON

NON SERVICE REPORT

Order#: 179326/NonServe



# Diversified Legal Services, Inc.
4665 Park Blvd, San Diego, CA 92116  Fed ID# 33-0524333
Tel: (619) 260-8224  e-mail: kevin@dlsusa.com  Fax: (619) 260-0316

Order #: 179324

Date Received: August 9, 2012
Acct. No: 3568C
Client: Perkins Coie LLP
One East Main Street, Suite 201
(608) 663-7482
Madison, WI 53703

Your File No: 69560-0013

Attorney: Emily J. Greb
Bar No: 1074263

Case No: 1:11-cv-01285
Court: UNITED STATES DISTRICT COURT OF OHIO
Plaintiff: THE MEDICINES COMPANY
vs Defendant: MYLAN, INC.
Depo/Hearing Date: September 13, 2012 at 09:00 am, Dept
Servee: **MARTHA GEZZAR, BEN VENUE LABORATORIES, INC.**
Server: None assigned

**RUSH**

Due Date: August 10, 2012

Business Address:
CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

Home Address:

OKAY TO PAY
X *[signature]*
By: Emily J. Greb
Comments: Client No./Matter: 69560-0013
CT Corporation System, agent for service of process

Documents:
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION w/ Federal Rule Of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

DIVER 7585
#-3510

$52.50

*AP791002*

| DATE | A.M. | P.M. | Due Diligence | Billing Code |
|------|------|------|---------------|--------------|
|      |      |      |               | RUSH  1  2   |
|      |      |      |               | SVCDT        |
|      |      |      |               | SVC  1  2    |
|      |      |      |               | OCRUSH       |
|      |      |      |               | SVCOUT       |
|      |      |      |               | SHIP/FEDEX   |
|      |      |      |               | FA           |
|      |      |      |               | BAD          |
|      |      |      |               | BADOUT       |

Served At: ☐ Residence  ☐ Business  ☐ Other

Person Served: _____  Title/Relationship: _____

Description: Age  Race  Sex  Eyes  Hair  Ht.  Wt.

☐ Personal  ☐ Substitute  ☐ Non-Service  ☐ Posted/Mailed  ☐ Other

Date: _____  A.M.  P.M.  Server/Reg.#: _____

Order#: 179324/GWORK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Emily J. Greb<br>Perkins Coie LLP<br>One East Main Street, Suite 201  Madison, WI 53703<br>TELEPHONE NO.: (608) 663-7482  FAX NO.: (608) 663-7499<br>E-MAIL ADDRESS (Optional): kdempski@perkinscoie.com<br>ATTORNEY FOR (Name): | SBN: 1074263 | |

UNITED STATES DISTRICT COURT OF OHIO
STREET ADDRESS: 801 WEST SUPERIOR AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: CLEVELAND, OH 44113
BRANCH NAME: NORTHEN DISTRICT

PLAINTIFF/PETITIONER: THE MEDICINES COMPANY
DEFENDANT/RESPONDENT: MYLAN, INC.

**NON SERVICE REPORT**

CASE NUMBER: 1:11-cv-01285

I received the within process on August 9, 2012 and that after due and diligent effort I have been unable to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: MARTHA GEZZAR, BEN VENUE LABORATORIES, INC.
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION w/ Federal Rule Of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

As enumerated below:

08/10/2012 -- 1:55PM       1300 East Ninth Street
                           Cleveland, OH 44114
PER SANDY TARVES (CLERK SPECIALIST), CT CORPORATION SYSTEM "ONLY" ACCEPT DOCUMENTS AGAINST BUSINESS ENTITIES - NO INDIVIDUAL PERSONAL SERVICES

Fee for Service: $ 52.50
County: STATE PROCESS SERVER
Registration No.:
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
(619) 260-8224

I declare under penalty of perjury under the laws of THE UNITED STATES that the foregoing information contained in the return of service and statement of service is true and correct and this declaration was executed on AUGUST 10, 2012.

Signature: _____
IRIS IMAMI

NON SERVICE REPORT

Order#: 179324/NonServe



# Diversified Legal Services, Inc.

4665 Park Blvd, San Diego, CA 92116 Fed ID# 33-0524333
Tel: (619) 260-8224 e-mail: kevin@dlsusa.com Fax: (619) 260-0316

Order #: 179325

Date Received: August 9, 2012
Acct. No: 3568C
Client: Perkins Coie LLP
One East Main Street, Suite 201
(608) 663-7482
Madison, WI 53703

Your File No: 69560-0013

Attorney: Emily J. Greb
Bar No: 1074263

Case No: 1:11-cv-01285
Court: UNITED STATES DISTRICT COURT OF OHIO
Plaintiff: THE MEDICINES COMPANY
vs Defendant: MYLAN, INC.
Depo/Hearing Date: September 13, 2012 at 09:00 am, Dept
Servee: BEN VENUE LABORATORIES, INC.
Server: None assigned

Due Date: August 10, 2012

**RUSH**

Business Address:
CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

Home Address:

OKAY TO PAY
X _Emily Greb (signature)_
By: Emily A Greb
Client No./Matter: 69560-0013

Documents:
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION w/Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07) and Attachment "A"

Comments:
CT Corporation System, agent for service of process

DIVER 7585
46 - 3510

$87.50

| DATE | A.M. | P.M. | Due Diligence | Billing Code |
|---|---|---|---|---|
| | | | | RUSH 1 2 |
| | | | | SVCDT |
| | | | *AP791001* | SVC 1 2 |
| | | | | OCRUSH |
| | | | | SVCOUT |
| | | | | SHIP/FEDEX |
| | | | | FA |
| | | | | BAD |
| | | | | BADOUT |

Served At: ☐ Residence  ☐ Business  ☐ Other

Person Served: _____  Title/Relationship: _____

Description: Age ___ Race ___ Sex ___ Eyes ___ Hair ___ Ht. ___ Wt. ___

☐ Personal  ☐ Substitute  ☐ Non-Service  ☐ Posted/Mailed  ☐ Other

Date: ___ A.M. ___ P.M. ___ Server/Reg.#: ___

Order#: 179325/GWORK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: (608) 663-7482 | FOR COURT USE ONLY |
|---|---|---|
| Perkins Coie LLP<br>Emily J. Greb, 1074263<br>One East Main Street, Suite 201<br>Madison, WI 53703 | | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>69560-0013 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT OF OHIO
801 WEST SUPERIOR AVE.
CLEVELAND, OH 44113

PLAINTIFF:
THE MEDICINES COMPANY

DEFENDANT:
MYLAN, INC.

| PROOF OF SERVICE | DATE:<br>09/13/2012 | TIME:<br>09:00 am | DEPT/DIV: | CASE NUMBER:<br>1:11-cv-01285 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION w/Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07) and Attachment "A"**

ON: BEN VENUE LABORATORIES, INC.

BY SERVING: CT Corporation System - REGISTERED AGENT - By Serving: Sandy Tarves - Authorized To Accept

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1300 East Ninth Street
Cleveland, OH 44114

ON: August 10, 2012
AT: 01:55 pm

Witness Fees Tendered: .00

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 87.50
County: STATE PROCESS SERVER
Registration No.:
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
(619) 260-8224

I declare under penalty of perjury under the laws of THE UNITED STATES that the foregoing information contained in the return of service and statement of service is true and correct and this declaration was executed on AUGUST 10, 2012.

Signature: _____
IRIS IMAMI

PROOF OF SERVICE

Order#: 179325/USDC

DLS    INVOICE

DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO CA 92116



Phone:  (619) 260-8224     Fax:  (619) 260-0316     EMAIL:kevin@dlsusa.com

FED. ID #   33-0524333

ORD.DATE:  09/07/12    INV. NO.   320980
DUE DATE:  10/07/12    PAGE NO.   1

ACCOUNT NO.   3638
PERKINS COIE, LLP (WI)
ATTN: LYNNE
ONE EAST MAIN STREET, STE 201
MADISON WI  53703

CASE INFORMATION:
THE MEDC9HES V MYLAN
SERVE- MARTHA J. GEZZAR
SUBPOENA TO TESTIFY
TALLMADGE

| CLAIM NUMBER | INSURED/CASE NO. | TERMS<br>NET 30 DAYS | ATTY.FILE<br>69560-0013 | WORK ORD.#<br>179779 |
|---|---|---|---|---|

| DESCRIPTION | ORDERED | ITEM PRICE | EXT. PRICE |
|---|---|---|---|
| FEES ADVANCED | 1.0 | 50.5800 | 50.58 |
| CHECK CHARGE | 1.0 | 5.0000 | 5.00 |
| OUT OF COUNTY RUSH FEE | 1.0 | 25.0000 | 25.00 |
| PROCESS SERVICE OUT OF TOWN | 1.0 | 58.5000 | 58.50 |

DIVER 7585
46 - 3510

OKAY TO PAY    DATE: 12/03/10
X
By: _Emily J. Greb_
Client No./Matter: _69500-0013_

SUB TOTAL    139.08
TAX            0.00
TOTAL        139.08

DLS INVOICE



DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO CA 92116

Phone: (619) 260-8224   Fax: (619) 260-0316   EMAIL:kevin@dlsusa.com

FED. ID #   33-0524333

ORD.DATE: 10/01/12   INV. NO.   321844
DUE DATE: 10/31/12   PAGE NO.   1

ACCOUNT NO.   3638
PERKINS COIE, LLP (WI)
ATTN: LYNNE
ONE EAST MAIN STREET, STE 201
MADISON WI  53703

CASE INFORMATION:
THE MEDICINES CO V MYLAN
SERVE- COR/INTEGRATED COMMERCIALIZATION
SUBPOENA TO TESTIFY
DALLAS

| CLAIM NUMBER | INSURED/CASE NO. | TERMS NET 30 DAYS | ATTY.FILE THE MEDICI | WORK ORD.# 180276 |
|---|---|---|---|---|

| DESCRIPTION | ORDERED | ITEM PRICE | EXT. PRICE |
|---|---|---|---|
| OUT OF COUNTY RUSH FEE | 1.0 | 25.0000 | 25.00 |
| PROCESS SERVICE OUT OF TOWN | 1.0 | 87.5000 | 87.50 |
| FEES ADVANCED | 1.0 | 65.7300 | 65.73 |
| CHECK CHARGE | 1.0 | 6.0000 | 6.00 |

OKAY TO PAY   DATE: 11-20-12
By: Emily J. Greb
Client No./Matter: 69560/0013

KIK

DIVER 7585
46 - 3510

SUB TOTAL   184.23
TAX   0.00
TOTAL   184.23

DLS    INVOICE

DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO CA 92116



Phone: (619) 260-8224   Fax: (619) 260-0316   EMAIL:kevin@dlsusa.com

FED. ID #   33-0524333

ORD.DATE:  11/01/12    INV. NO.   323301
DUE DATE:  12/01/12    PAGE NO.   1

ACCOUNT NO.   3638
PERKINS COIE, LLP (WI)
ATTN: KAREN
ONE EAST MAIN STREET, STE 201
MADISON WI  53703

CASE INFORMATION:
THE MEDICINES CO V MYLAN
SERVE- PATHEON INC
SUBPOENA TO TESTIFY
DURHAM

| CLAIM NUMBER | INSURED/CASE NO. | TERMS<br>NET 30 DAYS | ATTY.FILE<br>MEDICINES | WORK ORD.#<br>181044 | |
|---|---|---|---|---|---|
| DESCRIPTION | | | ORDERED | ITEM PRICE | EXT. PRICE |
| OUT OF COUNTY RUSH FEE | | | 1.0 | 20.0000 | 20.00 |
| PROCESS SERVICE OUT OF TOWN | | | 1.0 | 87.5000 | 87.50 |
| FEES ADVANCED | | | *deduct* 1.0 | 42.0000 | 42.00 |
| CHECK CHARGE | | | 1.0 | 4.0000 | 4.00 |

DIVER 7585
46 - 3510

OKAY TO PAY   DATE: 1-23-13
X _____
By: Emily J. Greb
Client No./Matter: 069560-0013

SUB TOTAL   153.50
TAX           0.00
TOTAL       153.50

-42.00
111.50

DLS    INVOICE

DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO, CA 92116



Phone:   (619) 260-8224      Fax:   (619) 260-0316      EMAIL:kevin@dlsusa.com

FED. ID #    33-0524333

ORD.DATE:   11/01/12     INV. NO.    323313
DUE DATE:   12/01/12     PAGE NO.    1

ACCOUNT NO.   3638
PERKINS COIE, LLP (WI)
ATTN: KAREN
ONE EAST MAIN STREET, STE 201
MADISON WI  53703

CASE INFORMATION:
THE MEDICINES CO. V MYLAN
SERVE- PATHEON INC
SUBPOENA TO TESTIFY AT A DEPO
RALEIGH

| CLAIM NUMBER | INSURED/CASE NO. | TERMS<br>NET 30 DAYS | ATTY.FILE<br>THE MEDICI | WORK ORD.#<br>180840 | |
|---|---|---|---|---|---|
| DESCRIPTION | | | ORDERED | ITEM PRICE | EXT. PRICE |
| OUT OF COUNTY RUSH FEE | | | 1.0 | 20.0000 | 20.00 |
| BAD ADDRESS OUT OF COUNTY | | | 1.0 | 87.5000 | 87.50 |

DIVER 7585
46 - 3510

OKAY TO PAY    DATE: 1-23-13
X _____
By: Emily J Crel
Client No./Matter: 185260.0013

SUB TOTAL     107.50
TAX             0.00
TOTAL         107.50

DLS INVOICE

DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO CA 92116



Phone: (619) 260-8224  Fax: (619) 260-0316  EMAIL:kevin@dlsusa.com

FED. ID # 33-0524333

ORD.DATE: 11/07/12  INV. NO. 323302
DUE DATE: 12/07/12  PAGE NO. 1

ACCOUNT NO.   3638
PERKINS COIE, LLP (WI)
ATTN: KAREN
ONE EAST MAIN STREET, STE 201
MADISON WI  53703

CASE INFORMATION:
THE MEDICNIES CO V MYLAN
SERVE- PATHEON PHARMACEUTICALS
SUBPOENA TO TESTIFY
DURHAM

| CLAIM NUMBER | INSURED/CASE NO. | TERMS<br>NET 30 DAYS | ATTY.FILE<br>MEDICINES | WORK ORD.#<br>180938 |
|---|---|---|---|---|

| DESCRIPTION | ORDERED | ITEM PRICE | EXT. PRICE |
|---|---|---|---|
| OUT OF COUNTY RUSH FEE | 1.0 | 20.0000 | 20.00 |
| PROCESS SERVICE OUT OF TOWN | 1.0 | 87.5000 | 87.50 |
| FEES ADVANCED | 1.0 | 42.0000 | 42.00 |
| CHECK CHARGE | 1.0 | 4.0000 | 4.00 |

DIVER7585
46-3510

OKAY TO PAY  DATE: 1-23-13
By: Emily J. Greb
Client No./Matter: 69560-0013

SUB TOTAL  153.50
TAX  0.00
TOTAL  153.50

**Taylor, Jeff (Perkins Coie)**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Tuesday, October 28, 2014 4:45 PM |
| To: | Taylor, Jeff (Perkins Coie) |
| Subject: | Pay.gov Payment Confirmation: ILND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact ILND CM ECF Help Desk at 312-582-8727.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 25I7HASQ
Agency Tracking ID: 0752-10004664
Transaction Type: Sale
Transaction Date: Oct 28, 2014 5:44:40 PM

Account Holder Name: Jeff Taylo
Transaction Amount: $505.00
Billing Address: 131 S. Dearborn St.
City: Chicago
State/Province: IL
Zip/Postal Code: 60603
Country: USA
Card Type: ▇▇▇▇▇▇▇▇
Card Number ▇▇▇▇▇▇▇▇

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.